

PAUL M. FREEMAN

ANDREW B. HOWARD

MATTHEW J. GRIESEMER
_____
BRIAN P. HENCHY

P.O. BOX 1328

441 EAST ALLEN STREET

HUDSON, NEW YORK 12534

518-828-2021 PHONE

518-828-2420 FAX

May 23, 2017

*Via ECF Original*
Hon. Cecelia G. Morris
Bankruptcy Judge
United States Bankruptcy Court
355 Main Street
Poughkeepsie, New York 12601-3315

    In Re: Daniel Henke
    Case No. 117-35238 (CGM)

Dear Judge Morris:

    I am in receipt of the Supplemental Objection interposed by Thomas Bauer, Esq. on behalf of the Debtor, Daniel Henke, in the above matter. Given the holdings in the case law cited by Attorney Bauer, Creditor Dominick Cannavo hereby withdraws his request for an Order seeking a 2004 examination.

    This withdrawal is being undertaken without prejudice to Creditor Cannavo's right to undertake a deposition in the context of the underlying recently commenced Adversary Proceeding.

    If the Court requires anything further, please feel free to contact me at your convenience.

    Sincerely yours,

    Paul M. Freeman

PMF/ljm
cc:    Thomas Bauer, Esq. (via ECF)
       Thomas Genova (via ECF)

FAX AND ELECTRONIC MAIL SERVICE NOT ACCEPTED