UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re


      **Daniel Henke,**
      **Aka Daniel H. Henke,**
      **Fdba Henke Cycle Repair,**            Chapter 7


               Debtor(s).         Case No.  17-35238 (CGM)
-------------------------------------------------------------------x

### <u>ORDER DENYING 2004 EXAMINATION</u>

     Upon the Notice of Hearing to consider the Ex Parte Application for FRBP 2004

Examination of the Debtor filed by Paul L. Freemen, Esq. on behalf of Dominick Cannavo and the

Opposition filed by Thomas W. Bauer, Esq. on behalf of the debtor, and Supplemental Objection

filed by Thomas W. Bauer, Esq. on behalf of the debtor, and after due deliberation at a hearing held

May 23, 2017, it is hereby:

     **ORDERED**, that the Ex Parte Application for FRBP 2004 Examination of the Debtor filed

by Paul L. Freemen, Esq. on behalf of Dominick Cannavo is denied.




**Dated: May 24, 2017**
     **Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**