# Notice Recipients

District/Off: 0208−4     User: gcolon     Date Created: 9/20/2017
Case: 17−35238−cgm     Form ID: 155new     Total: 19

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
clrk     Clerk of Court, United States Bankruptcy Court, SDNY

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPRegion02.PK.ECF@USDOJ.GOV
aty     Paul M. Freeman     freeman@freemanhoward.com
aty     Thomas W. Bauer     bauertw@gmail.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Daniel Henke     PO Box 368     Cairo, NY 12413
tr     Thomas Genova, Trustee     1136 Route 9     Wappingers Falls, NY 12590
unk     Dominick Cannavo     c/o Freeman Howard, PC     441 E. Allen St.     PO Box 1328     Hudson, NY 12534
aty     Thomas Genova, Trustee     1136 Route 9     Wappingers Falls, NY 12590
smg     United States Attorney's Office     Southern District of New York     Attention: Tax & Bankruptcy Unit     86 Chambers Street, Third Floor     New York, NY 10007
smg     N.Y. State Unemployment Insurance Fund     P.O. Box 551     Albany, NY 12201−551
7099414     CBHV     PO BOX 831     NEWBURGH, NY 12551−0831
7099415     COLUMBIA MEMORIAL HOSPITAL     71 PROSPECT AVE     HUDSON, NY 12534
7099416     DOMINICK CANNAVO     245 7TH AVENUE, APT. 8B     NEW YORK, NY 10001
7099417     FREEMEN HOWARD, PC     441 EAST ALLEN STREET     HUDSON, NY 12534−1328
7099418     GREENE COUNTY TREASURER     PO BOX 191     CATSKILL, NY 12414
7099419     INDEPENDENT RECOVERY RESOURCES     24 RAILROAD AVE     PATCHOGUE, NY 11772
7099420     INTERNAL REVENUE SERVICE     CENTRALIZED INSOLVENCY OPER     PO BOX 7346     PHILADELPHIA, PA 19101−7346
7099421     KJ MCGUIRE, JR., ESQ.     710 BRUNSWICK ROAD     TROY, NY 12180
7099422     NYS DEP'T TAXATION & FINANCE     BANKRUPTCY SECTION     PO BOX 5300     ALBANY, NY 12205−0300

TOTAL: 15